STATE OF NEW JERSEY v. RICHARD BIEGENWALD.

February 18, 1988.

This matter having been duly presented to the Superior Court, Appellate Division, on an application for leave to appeal, and the Supreme Court having determined that it should consider the appeal directly;

It is ORDERED that the motion for leave to appeal is certified to this Court pursuant to *Rule* 2:12–1 and that leave to appeal is granted.

IN THE MATTER OF KINGETT'S INC., FORMERLY A.E. KINGETT, III, A NEW JERSEY PARTNERSHIP.

February 23, 1988.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 108 *N.J.* 208)

RONA GABIN v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.

February 23, 1988.

Petition for certification denied.